MAURICE L. SILVER, M.D., Plaintiff-Appellant,
*v.* CASTLE MEMORIAL HOSPITAL, et al.,
Defendants-Appellees

No. 4998

September 8, 1971

RICHARDSON, C.J., ABE, LEVINSON AND
KOBAYASHI, JJ., AND CIRCUIT JUDGE VITOUSEK
IN PLACE OF MARUMOTO, J., DISQUALIFIED

*Per Curiam.* The petition for rehearing on motion to disqualify law firm is denied without argument.

Levinson, J., having dissented from the majority in the original opinion, does not concur.

*Joseph A. Ryan* (*Ryan & Ryan* of counsel) for the petition.